IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANDRE DUHREAL FLAGG-EL,        )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         1:22cv270-MHT
                               )              (WO)
THE HOUSTON COUNTY             )
SHERIFF'S DEPARTMENT AND       )
JAIL, et al.,                  )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that officers at the Houston County Jail intentionally contaminated his meals with bodily fluids, causing him to become ill, because they believed he was acting as a paralegal for other inmates.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with a court order to file an amended complaint.  There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2022.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE