IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANDRE DUHREAL FLAGG-EL,      )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     1:22cv270-MHT
                             )          (WO)
THE HOUSTON COUNTY           )
SHERIFF'S DEPARTMENT AND     )
JAIL, et al.,                )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 13) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and to comply with a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of December, 2022.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE